IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DUSTIN GILMORE, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-269
 )
DUSTIN STONE, Georgia State )
Trooper, and ERIC DUKARKSI, )
Savannah-Chatham Metro Police, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the parties' Consent Motion to Dismiss Defendant Eric Dukarksi. (Doc. 25.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, Plaintiff's claims against Defendant Dukarski are **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees. As a result, Defendant Eric Dukarski's Motion for Summary Judgment, or in the alternative, Motion to Dismiss (Doc. 17) is **DISMISSED AS MOOT**.

SO ORDERED this 9th day of May 2019.

                                     WILLIAM T. MOORE, JR.
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF GEORGIA