FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAY 17 AM 11:33
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DUSTIN GILMORE,<br><br>    Plaintiff,<br><br>v.<br><br>DUSTIN STONE, Georgia State Trooper, and ERIC DUKARKSI, Savannah-Chatham Metro Police,<br><br>    Defendants. | CASE NO. CV418-269 |

## O R D E R

Before the Court is the parties' Stipulated Dismissal with Prejudice. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, Plaintiff's claims against Defendant Stone are **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of May 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA